No. 87–5765. STANFORD v. KENTUCKY. Sup. Ct. Ky. The order of October 11, 1988 [*ante*, p. 887], granting the petition for writ of certiorari is amended to read as follows: Motion of peti-

tioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question VIII presented by the petition and case set for oral argument in tandem with No. 87–6026, *Wilkins* v. *Missouri* [certiorari granted, 487 U. S. 1233], in place of No. 87–5666, *High* v. *Zant, Warden* [certiorari granted, 487 U. S. 1233].